PAUL C. ERTSAAS, Respondent, *v.* WONDERLAND et al., Appellants, Impleaded with Another.

Reported below, 152 App. Div. 907.
(Submitted January 13, 1913; decided January 21, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department entered September 10, 1912, which affirmed an order of Special Term granting a motion for judgment in favor of plaintiff on the pleadings.

The motion was made upon the ground that the appellants had failed to perfect their appeal by having the sureties on their undertaking justify.

*Herman N. Hansen* for motion.

*Samuel S. Whitehouse* opposed.

Motion denied, provided the appellants within twenty days pay ten dollars costs and either cause the sureties to the present undertaking to appear and justify, or file a new undertaking and cause the sureties on that to appear and justify. If they fail to comply with this condition within the time aforesaid the motion is granted and the appeal dismissed, with costs and ten dollars costs of motion.